ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-6166
   Facsimile: (213) 894-7177
   E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

JS 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>       Plaintiff, <br>   v. <br> $18,500 IN U.S. CURRENCY, <br>       Defendant. <br> _____ <br> RICARDO DELATORRE, <br>       Claimant. <br> _____ | NO. CV 09-2725 DSF (RZx) <br><br> **CONSENT JUDGMENT OF FORFEITURE** |

    This action was filed on April 20, 2009. Notice was given and published in accordance with law. Ricardo Delatorre ("Claimant") filed a statement identifying right or interest on July 13, 2009, and an answer on August 7, 2009. No other

statements of interest or answers have been filed, and the time for filing statements and answers has expired.  Plaintiff and Claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than Claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment to $13,500.00 of the defendant currency and all interest earned by the government thereon, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. The remaining $5,000.00 of the defendant currency, together with the interest earned by the government on that sum, shall be returned to claimant in care of his attorney, Janet Sherman, who shall provide the necessary wire transfer information to government counsel upon request following entry of this judgment.  Payment shall be made within six weeks of government counsel's receipt of the wire transfer information.

5. Claimant hereby releases the United States of America,

its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant currency or initiation of this action, including, without limitation, any claim for attorneys' fees, costs or interest (except as expressly provided for herein) which may be asserted on behalf of the Claimant.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: 5/18/11

　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　_____
　　　　　　　　　　　THE HONORABLE DALE S. FISCHER
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[Signature of counsel on following page.]

**Approved as to form and content:**

DATED: _____, 2011    ANDRÉ BIROTTE JR.
                                United States Attorney

                                    /s/
                                _____
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section

                                Attorneys for Plaintiff
                                United States of America


DATED: _____, 2011
                                SHERMAN & SHERMAN

                                    /s/
                                _____
                                JANET SHERMAN

                                Attorneys for Claimant
                                Ricardo Delatorre

DATED: _____, 2011



                                    /s/
                                _____
                                RICARDO DELATORRE
                                Claimant